NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| RAY MERCADO, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D16-5576 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Hendry
County; James E. Sloan, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Ray Mercado, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


KHOUZAM, Judge.

        This is Ray Mercado's Anders[1] appeal of his judgment and sentence for

lewd or lascivious battery.  In both his motion to correct sentencing error filed pursuant

to Florida Rule of Criminal Procedure 3.800(b)(2) as well as in his pro se initial brief,

_____

        [1]Anders v. California, 386 U.S. 738 (1967).

Mercado argues that the court improperly imposed $100 in prosecution/investigative costs. We affirm Mercado's judgment and sentence in all respects except we remand for the trial court to strike the $100 in prosecution/investigative costs because the plain language of section 938.27(1), Florida Statutes (2016), requires that the costs be requested and there is no such request on the record before us. See Thomas v. State, 236 So. 3d 1159, 1161 (Fla. 1st DCA 2018). The prosecution/investigative costs may not be reimposed on remand. See id.

Affirmed and remanded with instructions.

LaROSE, C.J., and SLEET, JJ., Concur.